Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Carlos Makoto Taitano | 7. **Your Phone Number:** | (671) 777-0581 |
| 2. **Your Email Address:*** | makoto@taitano.us.com | 8. **Full Case Number (if applicable):** | 22-mc-80221 |
| 3. **Receipt Number:*** | ACANDC-17465910 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 08/23/2022 | | |
| 5. **Transaction Time:*** | 11:03 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 49.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field. ✓
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

I was filing the initiating documents for my case, and entered my payment information to pay the filing fee. I proceeded to the last screen before the initiating documents would be finally uploaded, but realized there that I was uploading a wrong document.

I pressed the back button to re-choose the documents to file, and tried to pay again, and received an error message. Payment was apparently already processed, so I re-filed and re-paid the filing fee.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☒ Denied — Resubmit amended application (see reason for denial) | Ana Banares — Digitally signed by Ana Banares Date: 2022.08.23 13:35:11 -07'00' |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): **Please provide the correct receipt number as stated in #10** | |
| Referred for OSC date (if applicable): | |