UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SAKI TAKADA,<br><br>Applicant. | Case No.  22-mc-80221-VKD<br><br>**ORDER SETTING DEADLINES FOR SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Saki Takada has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google") and Twitter, Inc. ("Twitter"). This application requires a case-dispositive decision, and absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. *See* 28 U.S.C. § 636(c)(1); *CPC Pat. Techs. Pty Ltd. v. Apple, Inc*., 34 F.4th 801, 808 (9th Cir. 2022); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Ms. Takada shall serve a copy of the application and this order on Google and Twitter by **September 7, 2022**. Ms. Takada must file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether she consents to or declines magistrate judge jurisdiction no later than **September 21, 2022**. Google and Twitter also may file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether they consent to or decline magistrate judge jurisdiction no later than **September 21, 2022**. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/

If the Court does not have consent of all parties by **September 21, 2022** the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: August 24, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

2