UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SAKI TAKADA,<br><br>    Applicant. | Case No.  22-mc-80221-VKD<br><br>**ORDER DENYING REQUEST TO APPEAR BY VIDEO**<br><br>Re: Dkt. No. 31 |

Petitioner moves for permission to appear by video conference at the hearing set for December 20, 2022 at 10:00 a.m.  Dkt. No. 31.  The Court is unable to accommodate hybrid proceedings involving video conferencing at this time.  If petitioner's counsel wishes to participate in the hearing by telephone, he shall contact Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov to arrange for a telephonic appearance.

**IT IS SO ORDERED.**

Dated: December 14, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge